

**Edward Sun Kiel**
MEMBER

**Reply to New Jersey Office**
WRITER'S DIRECT LINE: (201) 525-6232
WRITER'S DIRECT FAX: (201) 678-6232
WRITER'S E-MAIL: ekiel@coleschotz.com

COURT PLAZA NORTH
25 MAIN STREET
P.O. BOX 800
HACKENSACK, NJ 07602-0800
201.489.3000   201.489.1536 FAX

900 THIRD AVENUE, 16TH FLOOR
NEW YORK, NY 10022-4728
212.752.8000   212.752.8393 FAX

February 4, 2008

**Via ECF Filing**

Clerk, United States Federal District Court
USPO & Courthouse
1 Federal Sq.
Room 457
Newark, NJ 07101

    *Re:*   *Cho v. Park*
          *Case No.: 06 CV 4533 (WJM (MF)*
          *Motion for Summary Judgment Returnable February 19, 2008*

Dear Clerk:

    Pursuant to Local Civil Rule 7.1(d)(5), defendants seek an automatic extension of time to file their papers in opposition to plaintiff's motion for summary judgment, for a period of 14 days. The motion is now returnable March 3, 2008.

                        Respectfully submitted,

                        *s/ Edward Sun Kiel*

                        Edward Sun Kiel

ESK/dmb
cc:    Michael Kimm, Esq.
       Mr. Joon Park